**Opinion filed October 21, 2010**



## In The

# Eleventh Court of Appeals

_____

### No. 11-10-00246-CV

_____

### JIMMY RAY YATES ET AL, Appellants

### V.

### ABILENE INDEPENDENT SCHOOL DISTRICT ET AL, Appellees

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 244445-B**

### M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss the appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

October 21, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.